UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

                Plaintiff,

– against –

CHRISTOPHER MARRERO,

                Defendant.

**MEMORANDUM & ORDER**

19-cr-00608 (ERK) (SJB)

---

KORMAN, *J.*:

    Pursuant to the Mandate of the United States Court of Appeals for the Second Circuit issued on May 16, 2024, the indictment in the above captioned action is dismissed and the judgment in the above captioned action dated September 9, 2022, is vacated.

                **SO ORDERED.**

                *Edward R. Korman*

Brooklyn, New York           Edward R. Korman
May 16, 2024                 United States District Judge